# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2020

*The Court of Appeals hereby passes the following order:*

## A20I0136.  BANK OF THE OZARKS v. WILLIAMS A. BRAMLETT, JR. et al.

Bank of the Ozarks filed suit against William A. Bramlett, Jr., Vicky B. Bramlett, and Bramlett Associates Architecture. On November 12, 2019, the trial court denied the Bank's motion for summary judgment. The Bank obtained a certificate of immediate review on November 21, 2019, and filed this application for interlocutory review on December 4, 2019. We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of obtaining a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995); *Graves v. Dean*, 166 Ga. App. 186, 186 (303 SE2d 751) (1983). Because this application was filed 13 days after entry of the certificate of immediate review, it is untimely. Accordingly, this application is hereby DISMISSED. See *Genter*, supra; *Graves*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/02/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.